No. 671. NORTH TEXAS PRODUCERS ASSOCIATION *v.* METZGER DAIRIES, INC. C. A. 5th Cir. Certiorari denied. *Ashton Phelps* for petitioner. *Charles P. Storey* for respondent.

No. 672. FIELDSMITH *v.* TEXAS STATE BOARD OF DENTAL EXAMINERS. Ct. Civ. App. Tex., 5th Sup. Jud. Dist. Certiorari denied. *Curtis E. Hill* for petitioner.

No. 674. HULSENBUSCH *v.* DAVIDSON RUBBER Co. C. A. 8th Cir. Certiorari denied. *Victor W. Klein* for petitioner. *Robert B. Russell* for respondent.

No. 683. TEXAS LIQUOR CONTROL BOARD ET AL. *v.* AMMEX WAREHOUSE Co., INC., ET AL. Ct. Civ. App. Tex., 3d Sup. Jud. Dist. Certiorari denied. *Waggoner Carr,* Attorney General of Texas, *Howard M. Fender,* Assistant Attorney General, and *J. Sam Winters* for petitioners. *Dean Moorhead* for respondents.

No. 687. CHANDLER ET AL. *v.* DAVID ET AL. C. A. 5th Cir. Certiorari denied. *Ashley Sellers, John D. Conner* and *George C. Davis* for petitioners. *Solicitor General Marshall, Assistant Attorney General Douglas, Alan S. Rosenthal* and *Edward Berlin* for respondents.

No. 686. MELCHER ET AL. *v.* RIDDELL, DISTRICT DIRECTOR OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *Jerome B. Rosenthal* and *Harland N. Green* for petitioners. *Solicitor General Marshall, Acting Assistant Attorney General Roberts* and *Harold C. Wilkenfeld* for respondent.